UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EMILY RICHER, | Case No.: 4:17-cv-04984-HSG |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| TRAVELERS COMMERCIAL INSURANCE COMPANY; MALLOY IMRIE & VASCONI INSURANCE SERVICES, LLC; and DOES 1 through 10, | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☑ **Early Neutral Evaluation** (ENE) (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (specify process and provider)

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline (90 days from the date of the order referring the case to ADR, unless otherwise ordered.)

☑ other requested deadline: **120 days from the date of the order referring the case to ADR.**

Date: 11/7/2017 _____
Attorney for Plaintiff Emily Richer

Date: 1/7/2017 _____
Attorney for Defendant Travelers
Commercial Insurance Company

Date: NOV. 7, 2017 _____
Attorney for Defendant Malloy Imrie &
Vasconi Insurance Services

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 11/8/2017 _____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

---

**Important!** E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."