Alicia R. Kennon (State Bar No. 240569)
akennon@wshblaw.com
Edward D. Baldwin (State Bar No. 160723)
ebaldwin@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
1401 Willow Pass Road, Suite 700
Concord, California 94520-7982
Phone: 925 222 3400 ♦ Fax: 925 356 8250

Attorneys for Defendants, MALLOY IMRIE & VASCONI INSURANCE SERVICES, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| EMILY RICHER,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY; MALLOY IMRIE & VASCONI INSURANCE SERVICES, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:17-cv-04984-HSG<br><br>**DEFENDANTS REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION TO REMAND**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:    None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Counsel for Defendants, MALLOY IMRIE & VASCONI INSURANCE SERVICES, LLC, hereby respectfully request permission to appear telephonically at the Plaintiff's Motion to Remand scheduled for Thursday, November 30, 2017, at 2:00 p.m. before the Honorable Haywood S. Gilliam, Jr.

DATED: November 13, 2017        WOOD, SMITH, HENNING & BERMAN LLP

By: _____
ALICIA R. KENNON
EDWARD D. BALDWIN
Attorneys for Defendants, MALLOY IMRIE & VASCONI INSURANCE SERVICES, LLC

**DENIED**
/s/ Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.